UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT A. SARGENTINI, et al.,<br><br>   Defendants. | 1:14-CV-903-LJO-GSA<br><br>ORDER RE PLAINTIFF'S<br>VOLUNTARY DISMISSAL (DOC. 6) |

   On July 21, 2014, Plaintiff Cecil Shaw filed a notice of voluntary dismissal of this matter under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 6 at 1. Plaintiff requests that the Court issue an order dismissing without prejudice Defendant Robert A. Sargentini. *Id.*

   Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action against Defendant Robert A. Sargentini only.

SO ORDERED
Dated: July 22, 2014

                              /s/ Lawrence J. O'Neill
                              **United States District Judge**

1