**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, ROCHELLE K. SARGENTINI; NORMAN DEAN KATO, dba BOB'S MARKET

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. SARGENTINI; ROCHELLE K. SARGENTINI; NORMAN DEAN KATO dba BOB'S MARKET; BOB'S MARKET, a California corporation;,<br><br>Defendants. | Case No. 14-cv-00903-LJO-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ROCHELLE K. SARGENTINI AND NORMAN DEAN KATO dba BOB'S MARKET TO RESPOND TO COMPLAINT; STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER** |

WHEREAS, Plaintiff's Complaint was served upon Defendant ROCHELLE K. SARGENTINI (herein "Sargentini") and NORMAN DEAN KATO, dba BOB'S MARKET (herein "Kato") (collectively "Defendants").

WHEREAS, Defendants' Answer to the Complaint was due on August 11, 2014.

WHEREAS Plaintiff granted Defendants an extension of time to respond to the complaint to October 6, 2014.

WHEREAS the parties are exploring an early resolution and settlement of this matter, which will include a survey of the subject premises by a third party – and arrangements for the survey are underway.

WHEREAS the parties believe it to be mutually desirable to avoid further costs of litigation to discuss and explore a resolution, which is agreed to occur in a reasonable time after the survey is complete.

WHEREAS the Mandatory Scheduling Conference is currently set for September 23, 2014;

WHEREAS the parties have recently began discussing a potential settlement;

WHEREAS the parties wish to conserve party and court resources so that they may be applied towards a resolution;

WHEREAS in light of the foregoing, the parties believe it appropriate to continue the Mandatory Scheduling Conference to a date convenient to the Court after November 7, 2014 in order to explore settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff CECIL SHAW (herein "Plaintiff") and Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 144(a), Defendants' Answer or Response to Complaint, originally due on August 11, 2014, is now due on or before October 6, 2014.

IT IS FURTHER STIPULATED by and between attorneys for the respective parties herein that the Scheduling Conference be continued to a date after November 7, 2014, at the Court's convenience.

///

///

Date:  September 11, 2014          MOORE LAW FIRM, P.C.


                                    /s/ Tanya E. Moore
                                    Tanya E. Moore
                                    Attorneys for Plaintiff,
                                    CECIL SHAW

Date:  September 11, 2014  BONAKDAR LAW FIRM


/s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant,
Lila Pablo-Martinez


Date:  September 11, 2014  /s/ Paul C. Franco
PAUL C. FRANCO
Attorney for Defendant,
Bob's Market, Inc.

ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants"), Answer or Response to Complaint, originally due on August 11, 2014, is now due on or before October 6, 2014;

IT IS FURTHER ORDERED that the Scheduling Conference scheduled herein for September 23, 2014, is hereby continued to November 17, 2014 at 9:00a.m., in Courtroom 10 before Magistrate Judge Gary S. Austin.  The parties shall file a Joint Scheduling Report no later than seven days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **September 12, 2014**              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE