**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendants, ROCHELLE K. SARGENTINI; NORMAN DEAN KATO, dba BOB'S MARKET

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. SARGENTINI; ROCHELLE K. SARGENTINI; NORMAN DEAN KATO dba BOB'S MARKET; BOB'S MARKET, a California corporation;,<br><br>    Defendants. | Case No. 1:14-CV-00903-LJO-GSA<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR ROCHELLE K. SARGENTINI AND NORMAN DEAN KATO dba BOB'S MARKET TO RESPOND TO COMPLAINT; ORDER THEREON** |

WHEREAS, Plaintiff's Complaint was served upon Defendant ROCHELLE K. SARGENTINI (herein "Sargentini") and NORMAN DEAN KATO, dba BOB'S MARKET (herein "Kato") (collectively "Defendants").

WHEREAS, Defendants' Answer to the Complaint was due on August 11, 2014.

WHEREAS Plaintiff previously granted Defendants an extension of time to respond to the complaint to October 6, 2014.

WHEREAS the parties are desirous of exploring an early resolution and settlement of this matter, the parties believe it to be mutually desirable to avoid further costs of litigation to discuss and explore a resolution.

1
STIPULATION FOR EXTENSION OF TIME; ORDER THEREON

WHEREAS the parties wish to conserve party and court resources so that they may be applied towards a resolution;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff CECIL SHAW (herein "Plaintiff") and Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 144(a), Defendants' Answer or Response to Complaint, due on October 6, 2014, is now due on or before October 31, 2014.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not alter or extend any date or event previously set by Court order.

Date:  October 17, 2014					MOORE LAW FIRM, P.C.


							/s/ Tanya E. Moore
							Tanya E. Moore
							Attorneys for Plaintiff,
							CECIL SHAW

Date:  October 17, 2014					BONAKDAR LAW FIRM


							/s/ Roger S. Bonakdar
							ROGER S. BONAKDAR
							Attorney for Defendant,
							Lila Pablo-Martinez


Date:  October 17, 2014					/s/ Paul C. Franco
							PAUL C. FRANCO
							Attorney for Defendant,
							Bob's Market, Inc.

**ORDER**

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants") shall file a response to the Complaint on or before October 31, 2014.

IT IS FURTHER ORDERED that this Stipulation does not extend or alter any other dates previously set by this Court's order.

IT IS SO ORDERED.

Dated: **October 27, 2014**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE