**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendants, ROCHELLE K. SARGENTINI; NORMAN DEAN KATO, dba BOB'S MARKET

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT A. SARGENTINI; ROCHELLE K. SARGENTINI; NORMAN DEAN KATO dba BOB'S MARKET; BOB'S MARKET, a California corporation;,<br><br>  Defendants. | Case No. 14-cv-00903-LJO-GSA<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME FOR ROCHELLE K. SARGENTINI AND NORMAN DEAN KATO dba BOB'S MARKET TO RESPOND TO COMPLAINT; STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

   WHEREAS, Plaintiff's Complaint was served upon Defendant ROCHELLE K. SARGENTINI (herein "Sargentini") and NORMAN DEAN KATO, dba BOB'S MARKET (herein "Kato") (collectively "Defendants").

   WHEREAS, Defendants' Answer to the Complaint was due on August 11, 2014.

   WHEREAS Plaintiff previously granted Defendants an extension of time to respond to the complaint to October 6, 2014.

   WHEREAS Plaintiff previously granted Defendants a second extension of time to respond to the complaint to October 31, 2014.

WHEREAS the parties are desirous of exploring an early resolution and settlement of this matter, the parties believe it to be mutually desirable to avoid further costs of litigation to discuss and explore a resolution.

WHEREAS the parties wish to conserve party and court resources so that they may be applied towards a resolution.

WHEREAS the Mandatory Scheduling Conference is currently set for November 10, 2014.

WHEREAS Defendants hereby agree that they will obtain a CASp inspection of the subject property within two (2) weeks of the filing of this Stipulation.

WHEREAS the parties are optimistic that a report regarding the CASp inspection will be provided to Defendants within 30 days of filing this Stipulation, at which point Defendants will engage Plaintiff in settlement discussions seeking a resolution of his claims.

WHEREAS in light of the foregoing, the parties believe it appropriate to continue the Mandatory Scheduling Conference for sixty (60) days (or to a date convenient to the Court after January 12, 2015), in order to accomplish the CASp inspection, generate a report, and explore settlement.

WHEREAS in light of the foregoing, the parties also believe it appropriate to continue the last date by which Defendants may file their answer to Plaintiff's complaint to December 19, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff CECIL SHAW (herein "Plaintiff") and Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

144(a), Defendants' Answer or Response to Complaint, due on October 31, 2014, is now due on or before December 19, 2014.

      IT IS FURTHER STIPULATED AND AGREED by and between attorneys for the respective parties herein that the Scheduling Conference be continued to a date at least sixty days from the filing of this Stipulation (or to a date convenient to the Court after January 12, 2015).

Date:  November 3, 2014            MOORE LAW FIRM, P.C.

                                              /s/ Tanya E. Moore
                                              Tanya E. Moore
                                              Attorneys for Plaintiff,
                                              CECIL SHAW

Date:  November 3, 2014            BONAKDAR LAW FIRM

                                              /s/ Roger S. Bonakdar
                                              ROGER S. BONAKDAR
                                              Attorney for Defendant,
                                              Lila Pablo-Martinez

Date:  November 3, 2014            /s/ Paul C. Franco
                                              PAUL C. FRANCO
                                              Attorney for Defendant,
                                              Bob's Market, Inc.

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants ROCHELLE K. SARGENTINI and NORMAN DEAN KATO dba BOB'S MARKET (collectively herein "Defendants") shall file their Answer or Response to Complaint on or before December 19, 2014.

IT IS FURTHER ORDERED that the Scheduling Conference scheduled herein for November 10, 2014, is hereby continued to January 21, 2015 at 9:30 a.m., in Courtroom 10 before Magistrate Judge Gary S. Austin.  The parties shall file a Joint Scheduling Report no later than seven days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **November 6, 2014**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE