1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | CECIL SHAW,                          ) No.  1:14-cv-00903-LJO-GSA
12 |                                      )
   |          Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
13 |                                      ) **DEFENDANT BOB'S MARKET, A**
   |     vs.                              ) **CALIFORNIA CORPORATION, ONLY;**
14 |                                      ) **ORDER**
   | ROBERT A. SARGENTINI, et al.,        )
15 |                                      )
   |          Defendants.                 )
16 |                                      )
   |                                      )
17 |_____)

1  IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Bob's Market, a California corporation, the parties who have appeared in this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that **only Defendant Bob's Market, a California corporation**, be dismissed from the above-captioned action with prejudice.

Date: December 2, 2014                                MOORE LAW FIRM, P.C.

                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorneys for Plaintiff
                                               Cecil Shaw

                                               */s/ Paul C. Franco*
                                               Paul C. Franco
                                               Attorneys for Defendant
                                               Bob's Market, a California corporation

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendant Bob's Market, a California corporation**, be dismissed from the above-captioned action with prejudice.

**SO ORDERED**
**Dated: December 2, 2014**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**