Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROCHELLE K. SARGENTINI, et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIM. | No.  1:14-cv-00903-LJO-GSA<br><br>**REQUEST FOR DISMISSAL OF PLAINTIFF'S COMPLAINT; ORDER**<br><br>*Supporting Declaration of Tanya E. Moore filed concurrently herewith* |

Plaintiff, Cecil Shaw ("Plaintiff"), hereby requests that his Complaint in the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff does not request dismissal of the Cross-Claim filed in the action (Dkt. 21).

Plaintiff asked that the last two remaining Defendants in this action, Rochelle K. Sargentini and Norman Dean Kato dba Bob's Market (collectively "Defendants"), stipulate to the dismissal of his Complaint pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. On March 30, 2015, counsel for Defendants indicated that he approved the language of the stipulation, but asked that it not be filed at that time, apparently because he was still

trying to resolve the cross-claim. Declaration of Tanya E. Moore, filed herewith ("Moore Decl."), ¶ 2. Plaintiff's counsel's office thereafter advised Defendants' counsel that if he did not authorize the filing of the stipulation by May 8, 2015, Plaintiff would proceed to ask that the Court enter an order dismissing his Complaint. Moore Decl., ¶ 3. Defendants' counsel has not authorized the filing of the stipulation to date. Moore Decl., ¶ 4.

Plaintiff requests this dismissal on the grounds that a settlement agreement was entered into between Plaintiff and Defendants, and under the terms of that agreement, Plaintiff agreed to dismiss his Complaint once Defendants had made the payments required under the agreement. Moore Decl., ¶ 5. Defendants have made the first of such payments, and therefore, Plaintiff seeks to dismiss his Complaint as required.

For the reasons set forth above, Plaintiff respectfully requests that the Court dismiss his Complaint filed in this action.

Date: May 20, 2015                          MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Cecil Shaw

### ORDER

Upon request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Complaint filed in this action be dismissed with prejudice.

**IT IS SO ORDERED**
**Dated: May 20, 2015**

                                            **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**

REQUEST FOR DISMISSAL OF PLAINTIFF'S COMPLAINT; ORDER

Page 2