**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendants, ROCHELLE K. SARGENTINI; NORMAN DEAN KATO, dba BOB'S MARKET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>       Plaintiff,<br>v.<br><br>ROBERT A. SARGENTINI; ROCHELLE K. SARGENTINI; NORMAN DEAN KATO dba BOB'S MARKET; BOB'S MARKET, a California corporation;<br><br>       Defendants. | Case No. 14-cv-00903-LJO-GSA<br><br>**REQUEST FOR DISMISSAL OF CROSS-CLAIM; ORDER THEREON** |

TO THE COURT; THE CROSS-DEFENDANT; AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT CROSS-CLAIMANTS, ROCHELLE K. SARGENTINI AND NORMAN DEAN KATO, DBA BOB'S MARKET hereby requests that the Cross-Claim, filed herein on December 19, 2014, be dismissed without prejudice.

This request to dismiss the Cross-Claim is made pursuant to Federal Rule of Civil Procedure 41(a)(2) on the basis that CROSS-DEFENDANT, BOB'S MARKET, a California Corporation, filed its Answer to the Cross-Claim on March 20, 2015.

Date: November 23, 2015                    BONAKDAR LAW FIRM


                                                   /S/ Roger S. Bonakdar
                                                   ROGER S. BONAKDAR
                                                   Attorney for Defendants, Rochelle K. Sargentini and Norman Dean Kato, dba Bob's Market

ORDER

The request for dismissal of the Cross-Claim having been received by this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the Cross-Claim filed herein against BOB'S MARKET, a California corporation, is hereby dismissed without prejudice.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **November 24, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE